# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

132103

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LANSING PAVILION, L.L.C.,
   Plaintiff/Counter-Defendant,

v

EASTWOOD, L.L.C.,
   Defendant/Counter-Plaintiff/Third-
   Party Plaintiff/Third-Party
   Defendant-Appellee,

and

LL & 127, L.L.C.,
   Defendant/Counter-Plaintiff/Third-
   Party Plaintiff-Appellee,

and

J.R. ANDERSON DEVELOPMENT COMPANY,
and JEFFREY R. ANDERSON REAL ESTATE
INC.,
   Third-Party Defendants-Appellants,

and

STS CONSULTANTS, LTD.,
   Third-Party Defendant/Third-Party
   Plaintiff,

and

D.J. MCQUESTION & SONS, INC.,
   Third-Party Defendant.

SC: 132103
COA: 265970
Ingham CC: 02-001734-CK

_____/

   On order of the Court, the application for leave to appeal the August 8, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



t1218

   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk